IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROSA ZUBIA, *et al.*,

      Plaintiffs,

v.                                                                  Civ. No.  14-380 JCH/GBW

DENVER CITY, *et al.*,

      Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Report and Recommendations (*doc. 147*) recommending that the Court find that the proposed settlement agreement is fair and reasonable, and that therefore the proposed settlement agreement should be approved.  No parties have objected and have waived any additional time within which to do so.  Upon review of the record, I concur with the Magistrate Judge's findings and recommendations.

Wherefore, IT IS HEREBY ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition (*doc. 147*) is ADOPTED, the Joint Motion to Approve Settlement (*doc. 145*) is GRANTED, and the parties' proposed settlement is APPROVED.

                                                THE HONORABLE JUDITH C. HERRERA
                                                UNITED STATES DISTRICT JUDGE